UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRANSCONTINENTAL PRINTING
& GRAPHICS, INC., a New York
corporation,

      Plaintiff,                                     Case No. 2:06-CV-12318-DT
                                                          Hon. John Feikens
v.                                                           Magistrate Judge Wallace Capel

RED APPLE MORLEY LLC, a
Michigan limited liability company,

      Defendant,
_____/

## **DEFAULT JUDGMENT AGAINST DEFENDANT RED APPLE MORLEY, LLC**

Default was entered against defendant Red Apple Morley, LLC on June 15, 2006 for failure to timely answer or otherwise respond to the complaint in this case. Plaintiff has moved for the entry of default judgment which was served on defendant on June 16, 2006. As stated in plaintiff's motion for default judgment, as of April 30, 2006, the unpaid principal and interest due and owing to plaintiff under the note which is the subject of this action totaled $378,073.12 which interest continues to accrue. As of July 12, 2006, the unpaid principal and interest totaled $382,711.10.

Pursuant to Rule 55(b)(1), Fed.R.Civ.P., judgment is entered against defendant Red Apple Morley, LLC and in favor of plaintiff in the amount of $382,711.10, which represents principal and interest as of July 12, 2006.

IT IS HEREBY ORDERED that default judgment is entered against defendant Red Apple Morley in favor of Plaintiff in the amount of $378,073.12, with interest thereon at the rate as provided by law, and the costs of this action.

2

          **s/John Feikens**
          John Feikens

          United States District Judge

Dated: July 27, 2006

---

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 27, 2006.

s/Carol Cohron
Deputy Clerk

---